UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-180-1H

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| v. | : | ORDER TO REASSIGN |
| DELORA CROUDY | : | |

For good cause shown, the Clerk of Court is DIRECTED to reassign the above-captioned case to the Senior Judge James C. Fox.

SO ORDERED.

This the 22nd day of June, 2010.

_____
MALCOLM J. HOWARD
United States District Court Judge