UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-180-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DELORA CROUDY, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's motion to continue the arraignment and continue the deadline for filing pre-trial motions in this matter [DE-19].

For good cause shown, the Defendant's arraignment hereby is continued until this court's September 7, 2010 term of court. The parties are directed to conduct a pretrial conference on or before **July 30, 2010**. Accordingly, the deadline for filing pretrial motions is extended until **August 9, 2010** with responses due on or before **August 16, 2010**. The court finds that the ends of justice served by this continuance outweigh the interests of the Defendant and the public in a speedy trial. Any period of delay occasioned by this continuance therefore shall be excluded pursuant to 18 U.S.C. § 3161(h).

SO ORDERED.

This the 9th day of July, 2010.

JAMES C. FOX
Senior United States District Judge