UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-180-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DELORA CROUDY, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion for Release of Sealed Materials to Printer [DE-43], namely the presentence report and statement of reasons, for the preparation of the joint appendix in the appeal of this case to the United States Court of Appeals for the Fourth Circuit. The court reminds counsel of the confidential nature of materials requested for release to the printer. Although Defendant's Motion for Release of Sealed Materials to Printer [DE-43] is ALLOWED, counsel is DIRECTED to take all appropriate steps necessary to preserve the confidentiality of the materials.

SO ORDERED.

This, the 25 day of May, 2011.

JAMES C. FOX
Senior United States District Judge